IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STEVEN R. HUCKABA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-cv-0586-MJR-PMF |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER REGARDING MOTION TO BAR TESTIMONY

REAGAN, District Judge:

One year ago, Steven Huckaba filed the above-captioned suit in this Court under the Federal Employers' Liability Act (FELA), 45 U.S.C. 51, et seq., seeking to recover for injuries sustained on the job in February 2012. At that time, Huckaba was employed as a train control maintainer for CSX Transportation, Inc. (the named Defendant herein). The case is set for trial October 10, 2014. The deadline for dispositive motions and Daubert motions now has elapsed. One motion was timely filed on June 24, 2014 – CSX's motion to bar the testimony of Karen Grossman Tabak, Ph.D., CPA, disclosed by Plaintiff as an expert who would offer opinion testimony on Plaintiff's lost wages.

The Court **SETS the following briefing schedule** for the motion to bar testimony (Doc. 19). Plaintiff shall respond by July 22, 2014. CSX may file a reply brief (no longer than 5 pages total, including signature page) by August 5, 2014. The Court **SETS a hearing** on the motion on the same day the final pretrial conference currently is scheduled – **Friday, September 19, 2014** (but the time is changed to **10:30 a.m.**).

The final pretrial conference is moved to (and the jury instruction conference set *with* the final pretrial conference) **Tuesday, October 14, 2014 at 10:00 a.m.** Trial remains as set **Monday, October 20, 2014 at 9:00 a.m.**

Proposed jury instructions shall be submitted in paper to the undersigned's chambers (following the specific directions on Judge Reagan's webpage) no later than **12:00 noon on October 8, 2014.** (Questions regarding preparation/submission of final pretrial order or proposed jury instructions may be directed to Judge Reagan's law clerk, Sheila, at 618-482-9229.)

IT IS SO ORDERED.

DATED June 25, 2014.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge