IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN HUCKABA,

    Plaintiff,

vs.

CSX TRANSPORTATION INC.,

    Defendants.

Case No. 13-cv-586-SMY-PMF

**MEMORANDUM AND ORDER**

This matter comes before the Court on (Doc. 66) Plaintiff's Bill of Costs. The Bill of Costs was filed on November 5, 2014, and Defendant filed an Objection to the Bill of Costs (Doc. 69) on November 14, 2014. In its response, Defendant asserts that the Court should not tax costs in this matter because Plaintiff has failed to attach any itemization of costs such as invoices, receipts, or other documentation required by form AO 133 Rev. 12/09 to establish that the "expenses are allowable cost items and that the amounts are reasonable and necessary." *Northbrook Excess and Surplus Ins. Co. v. Proctor & Gamble Co.*, 924 F.2d 633, 624 (7th Cir. 1991).

The Court hereby **ORDERS** plaintiff to **SHOW CAUSE** on or before January 13, 2015, why the Court should not deny costs due to lack of appropriate documentation. Failure to respond in a timely manner to this order may result the Court sustaining Defendant's Objection to the Bill of Costs (Doc. 69).

**IT IS SO ORDERED.**

**DATED: January 6, 2015**

                                                                     s/ Staci M. Yandle
                                                                      **STACI M. YANDLE**
                                                                      **DISTRICT JUDGE**