UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN R. HUCKABA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-0586-SMY-PMF |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Parties' Stipulation to Set Aside Judgment and Dismiss With Prejudice. (Doc. 93). Plaintiff filed a one count Complaint under FELA on June 18, 2013. (Doc. 2). An eight-member jury was impaneled, and a three day jury trial occurred October 20, 2014 through October 22, 2014. On October 22, 2014, the jury returned a unanimous verdict in favor of Plaintiff in the amount of $355,000.00 which was reduced by 33% for comparative fault. Judgment was entered on the verdict on October 29, 2014.

Federal Rule of Civil Procedure 60(b)(6) provides that a district court may "relieve a party ... from a final judgment, order, or proceeding ... [for] any other reason justifying relief from the operation of the judgment." Fed.R.Civ.P. 60(b)(6). A district court may vacate judgments pursuant to the Rule "whenever such action is appropriate to accomplish justice." *Klapprott v. United States*, 335 U.S. 601, 615, 69 S.Ct. 384, 390, 93 L.Ed. 266 (1949). The court has sound discretion to determine whether the facts require vacating its earlier order. *Smith v. Widman Trucking & Excavating, Inc.*, 627 F.2d 792, 795 (7th Cir.1980).

In this case, the parties have stipulated and agreed that the Judgment be set aside pursuant to a settlement. Accordingly, the Court finds that setting aside the Judgment is appropriate and

in the interests of justice. The Judgment at Doc. 64 is hereby **VACATED** and this case is **DISMISSED** with prejudice.

    **IT IS SO ORDERED.**

    **DATED: July 20, 2015**

    s/ Staci M. Yandle
**STACI M. YANDLE**
**DISTRICT JUDGE**