IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN R. HUCKABA,

    Plaintiff,

vs.

CSX TRANSPORTATION, INC.,

    Defendant.

Case No. 13-cv-586-SMY-PMF

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the Order entered on July 20, 2015, this case is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is DIRECTED to close this case.

**DATED:  July 28, 2015**

**JUSTINE FLANAGAN, Acting Clerk of Court**

**By: s/ Kailyn Kramer, Deputy Clerk**

**Approved:**   **s/ Staci M. Yandle**
**STACI M. YANDLE**
**DISTRICT JUDGE**